UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LIAM O'NEIL-BARRETT, | Case No. 6:21-cv-00006-MC |
| Plaintiff, | ORDER |
| v. | |
| OREGON DEPARTMENT OF CORRECTIONS; CENTURY LINK PUBLIC COMMUNICATIONS, INC.; CT CORP. SYSTEMS, | |
| Defendants. | |

MCSHANE, District Judge:

Plaintiff, an inmate in the custody of the Oregon Department of Corrections (ODOC), filed this action in state court and defendant Century Link removed it to this Court. Plaintiff now moves to voluntarily dismiss this action, and no defendant opposes the motion.

Accordingly, plaintiff's Motion to Dismiss (ECF No. 18) is GRANTED, and plaintiff's Motion to Remand (ECF No. 8) is DENIED as moot.

IT IS SO ORDERED.

DATED this 13th day of April, 2021.

s/ Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge

- 1 -    ORDER